UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------x
ANTONIO CARMONA SANCHEZ,
*Individually and on behalf of others similarly situated,*   Case No.: 3:17-CV-00495-FLW-DEA

               Plaintiff,

    Against                            PROPOSED ORDER

CARLTON COOKE METAL FINISHING
LLC and ROBERT MICELE,

               Defendants.
---------------------------------------------------------- x

This matter having come before the Court during a Settlement Conference held on August 8, 2017; and the Parties having consented to the jurisdiction of the Magistrate Judge; and the Parties having reached a settlement agreement on that date; and the Parties having submitted the settlement agreement to the Court for approval at a telephonic hearing held on September 20, 2017;

    **IT IS on this 20th day of September, 2017,**

    **ORDERED THAT:**

The settlement agreement between the Parties is hereby approved.

Dated: September 20, 2017
       Trenton, New Jersey

                             **SO ORDERED:**

                             _____
                             **DOUGLAS E. ARPERT**
                             **United States Magistrate Judge**