UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------x

ANTONIO CARMONA SANCHEZ,
*Individually and on behalf of others similarly situated,*

        Plaintiff,

Against

CARLTON COOKE METAL FINISHING LLC and ROBERT MICELE,

        Defendants.

----------------------------------------------------------- x

Case No.: 3:17-CV-00495-FLW-DEA

PROPOSED ORDER

RECEIVED
SEP 21 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

This matter having come before the Court during a Settlement Conference held on August 8, 2017; and the Parties having consented to the jurisdiction of the Magistrate Judge; and the Parties having reached a settlement agreement on that date; and the Parties having submitted the settlement agreement to the Court for approval at a telephonic hearing held on September 20, 2017;

    **IT IS on this 20th day of September, 2017,**

    **ORDERED THAT:**

The settlement agreement between the Parties is hereby approved.

Dated: September 20, 2017
       Trenton, New Jersey

                                SO ORDERED:

*Case closed.*

                                _____
                                DOUGLAS E. ARPERT
                                United States Magistrate Judge